UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYANT TRIMALE PRATT,<br><br>    Plaintiff,<br><br>    v.<br><br>J. FRISK, et al.,<br><br>    Defendants. | Case No. 20-cv-07693-JD<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 2 |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action. Plaintiff was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP"). He was allowed twenty-eight days to either pay the fee or file a proper application with all the required documents. More than twenty-eight days has passed, and plaintiff has not paid the fee or filed a complete application to proceed IFP. The case is **DISMISSED** without prejudice and plaintiff's incomplete motion to proceed IFP (Docket No. 2) is **DENIED**.

    **IT IS SO ORDERED.**

Dated: February 17, 2021

JAMES DONATO
United States District Judge